Renea I. Saade, Alaska Bar No. 0911060
rsaade@littler.com
LITTLER MENDELSON
500 L Street, Suite 201
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

Attorneys for Defendant Federal Express Corporation

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ELZBIETA ASHLEY,**<br><br>      Plaintiff,<br><br>  v.<br><br>**FEDERAL EXPRESS CORPORATION,**<br><br>      Defendant. | Case No. 3:21-cv-00068-TMB |

## NOTICE OF REMOVAL

Defendant Federal Express Corporation ("FedEx"), files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1332(a), 1441, and 1446(b). In support of this Notice of Removal, Defendant states the following:

### Preliminary Statement of Claims

1. FedEx, a Delaware corporation with its principal place of business in Memphis, Tennessee, is a defendant in a civil action filed by former employee Elzbieta Ashley (Plaintiff) in the Superior Court for the Third Judicial District at Anchorage, Docket No. 3AN-20-09639CI.

2. On or about February 24, 2021, Plaintiff filed an Amended Complaint in the Superior Court for the Third Judicial District at Anchorage captioned *Elzbieta Ashley v. Federal Express Corporation*, Case No. 3-AN-20-09639 (the State Court Action).

3. On or about March 2, 2021, Federal Express Corporation was served with a copy of the Amended Complaint, Notice of Appearance, and Certificate of Service, all of which are attached hereto as Exhibit A.

4. The Amended Complaint alleges claims of retaliation and breach of implied covenant of good faith and fair dealing.

## Basis for Removal

### *Diversity Jurisdiction*

5. This Court has jurisdiction based on diversity of citizenship and the amount in controversy exceeds $75,000, inclusive of interest and costs.

6. FedEx is a Delaware corporation, with its principal place of business in Shelby County, Memphis Tennessee and is thus a citizen of Tennessee and Delaware. Plaintiff is a resident and citizen of Third Judicial District of Alaska. (Amended Complaint ¶2).

7. Plaintiff's Amended Complaint contemplates an amount in excess of $75,000, exclusive of interest and costs, in that it seeks compensatory damages including past, present, and future economic losses, damages to her personal, professional and occupational reputation, for intentional and negligent infliction of emotional distress and any other damages available. Plaintiff has the ability to recover post judgment interest, and attorneys' fees.

8. Complete diversity therefore exists between the parties, and Defendant avers that this matter is removable on the basis of diversity under 28 U.S.C. § 1441(b).

### Venue

9. In accordance with 28 U.S.C. § 1441(a), venue lies in the United States District Court for the District of Alaska, because the state court action was filed within this judicial district and division. Attached hereto as **Exhibit A** are true and correct copies of all process, pleadings, and orders served upon Defendant in this action, as provided by 28 U.S.C. § 1446(a).

### Timeliness of Removal and Filing of Answer

10. FedEx's agent, CT Corporation System, accepted service of the Summons and Complaint on March 2, 2021. Defendant files this Notice of Removal within thirty (30) days after receipt of the Amended Complaint setting forth the claims for relief upon which the action is based, and the time for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(b) has not expired.

### Proper Notice of Removal

11. Defendant will promptly file with the Clerk for the Superior Court of the Third Judicial District at Anchorage, State of Alaska a Notice of Filing a Notice of Removal pursuant to 28 U.S.C. § 1446(d). A copy of this Notice is attached hereto as "**Exhibit B**."

12. By removing this matter, Defendant does not waive or intend to waive any defense.

**WHEREFORE**, Defendant hereby removes the above-styled civil action to this Court's jurisdiction.

LITTLER MENDELSON
500 L Street, Suite 201
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

Dated this 24th day of March, 2021.

LITTLER MENDELSON
Attorneys for Defendant

By: */s/ Renea I. Saade*
Renea I. Saade
Alaska Bar 0911060

CERTIFICATE OF SERVICE:

I hereby certify that on the 24th day of March 2021, a true and correct copy of the foregoing document was served on:

Joe Josephson
joejlaw@gmail.com

By ☐ Hand  ☐ Mail  ☐ Fax
☒ Court's ECF filing system

*/s/ Nancy Murphy Kruse*
Nancy Murphy Kruse
Legal Assistant
4824-0949-4241.3

**LITTLER MENDELSON**
500 L Street, Suite 201
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

Notice of Removal
*Ashley v. Federal Express Corporation*; 3:21-cv-00068-TMB
Page 4 of 3

Case 3:21-cv-00068-SLG   Document 1   Filed 03/24/21   Page 4 of 4