IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

ELZBIETA ASHLEY, )
)
    Plaintiff, )
v. )
FEDERAL EXPRESS )
CORPORATION, )
)
    Defendant. ) Case No. 3AN-20-09639 CI
_____ )

## FIRST AMENDED COMPLAINT

Plaintiff, ELZBIETA ASHLEY, by and through her attorney, Joe P. Josephson, Alaska Bar number 6102018, of Josephson Law Offices, LLC, for her First Amended Complaint against the defendant, FEDERAL EXPRESS CORPORATION, alleges and complains as follows:

**A. General Allegations Applicable to Each Claim for Relief.**

1. Plaintiff was born and raised in Poland, and is of Polish ancestry.

2. Plaintiff is and has been a resident and inhabitant of the Third Judicial District, Alaska, for over 20 years.

3. Plaintiff is a former employee of defendant, FEDERAL EXPRESS CORPORATION ( hereinafter called 'FedEx"), at its Anchorage headquarters in the vicinity of Anchorage International Airport. Plaintiff began working for

JOSEPHSON LAW OFFICES, LLC.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)   (907) 276-0155 (Fax)

FedEX in 1998 and continued to be an employee of FedEx until on or about December 8, 2018.

4, For approximately 18 years, plaintiff, who had been hired to process payroll timecards, was a successful, highly praised, well-regarded, and valued employee at FedEx.

5. However, on or about the 9th day of December, 2000, plaintiff suffered an on-the-Job injury when a box fell from a height of almost 40 feet and struck plaintiff in the face, causing injury to her neck and leaving her debilitated.

6. Plaintiff subsequently required four operations on her hands, made necessary because of work-related repetitive motions of the hands. These surgeries occurred once in 2007 (left hand); once in 2008 (right hand); and twice in 2009 (two operations on the right hand).

7. Plaintiff was transferred to another Department, ostensibly because of her physical limitations.

8. In the new Department, the plaintiff was subjected to hostility in the workplace, harassment and discrimination. In addition, FedEx unlawfully retaliated against the plaintiff because of her complaint of discrimination which she presented to the Alaska State Commission for Human Rights. Plaintiff's

complaint of discrimination was filed on February 10, 2018 and on March 10, 2018..

9. Plaintiff's supervisor, George Kendall, deliberately humiliated her, making frequent comments about the plaintiff's age, medical conditions, and physical limitations resulting from her on-the-job-injuries, and by making false accusations against her.

10. In addition, plaintiff was subject to discrimination and taunting as a foreign-born American for whom English is her second language. (For example, she was on repeated occasions asked when she was going to "return to China", and greeted with the words "Hello, Mafia!").

11. Plaintiff's schedule was changed, and the location of her work space was modified (by placement of her into in a smaller office than the office she previously occupied). Timecards were deliberately hidden from her in an attempt to diminish plaintiff's productivity.

12. The occurrences described above in paragraph 11 were part of a pattern of conduct in which plaintiff was unfairly and discriminatorily disfavored by her supervisor, George Kendall.

13. For example, Mr. Kendall repeatedly humiliated plaintiff by

-3-

JOSEPHSON LAW OFFICES, LLC.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)   (907) 276-0155 (Fax)

summoning her to attend meetings with other managers, at which she was falsely accused of 'disruptive behavior". On one occasion, plaintiff was suspended (albeit without just cause), for "constant disruptive behavior".

14. As an example of the mistreatment and discrimination inflicted on plaintiff, she was unfairly punished for using her cellphone to call a co-worker, even though other employees – even plaintiff's supervisor, Mr. Kendall -- were constantly calling co-workers on their personal cell phones, and were not punished.

15. In a specific incident, the plaintiff, as she was supposed to do, informed management that a FedEx co-worker claimed that he kept a gun in his car, even when he parked in the FedEx parking lot, thus admitting that he was violating FedEx policy.

16. In making the report described above in paragraph 15, plaintiff was engaging in a protected activity and, moreover, in an activity which FedEx invited and asked its employees to carry out.

17. Nevertheless, FedEx management in Anchorage soon punished the plaintiff for making that report, by adverse employment actions. The interval of time between the plaintiff's protected activities and the adverse employment

actions was brief, *i.e.*, there was temporal proximity and a causal link between the protected activities and the employer's adverse actions which ensued.

18. On May 30, 2017, plaintiff filed at the Alaska State Commission for Human Rights (ASCHR) a complaint of discrimination against FedEx alleging discrimination.

19. Approximately just nine months later, the defendant disciplined plaintiff for alleged "disruptive behavior" and for "excessive absences", relying upon false allegations. In that way, FedEx unlawfully retaliated against the plaintiff because of her filing of her complaint (a protected activity) at the ASCHR.

20. Falsely, FedEx accused plaintiff of lying during an investigation, and having "paranoia", and suspended plaintiff without just cause. On December 8, 2018, the plaintiff, motivated by the employer's disciplinary actions, including suspensions, repeated harassments, and taunting and discrimination based on the plaintiff's nation of origin, formally retired, but her retirement should be understood to have been coerced and to have thus been involuntary.

**B. First Claim for Relief (Retaliation; Count 1).**

21. Plaintiff re-alleges, and incorporates by reference in this, her First Claim for Relief, each and every allegation set forth above in paragraphs 1

JOSEPHSON LAW OFFICES, LLC.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)   (907) 276-0155 (Fax)

through 20, inclusive, as if the said paragraphs were expressly reiterated herein.

22. The defendant unlawfully retaliated against the plaintiff because of her protected activity including but not limited to her Complaint filed with the Alaska State Commission for Human Rights (ASHR).

23. Plaintiff's protected activities were close in time to, and were factors in, defendant's retaliatory acts and omissions.

24. Plaintiff has been, and she continues to be, economically damaged because of the defendant's unlawful retaliations.

25. At trial, plaintiff will prove her economic damages by a preponderance of evidence, and with appropriate exactitude, including but not limited to the economic damages resulting from adverse consequences of her retirement.

### C. Second Claim for Relief: Breach of the Implied Covenant of Good Faith and Fair Dealing (Count 2).

26. Plaintiff re-alleges and incorporates herein, in this Second Claim for Relief, by reference, each and every allegation set forth in the foregoing paragraphs 1 through 19, inclusive.

27. The implied covenant of good faith and fair dealing inures in every employment relationship entered into in Alaska.

-6-

JOSEPHSON LAW OFFICES, LLC.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)   (907) 276-0155 (Fax)

28. Defendant FedEx represents to the public, to applicants for employment, and to employees, that it utilizes a fair and equitable, unbiased, and non-discriminatory system of promotions and employee advancement, and FedEx. Furthermore, supervisory personnel at FedEx repeatedly told the plaintiff that she wud be considered and treated fairly, particularly in view of her long and dedicated service to the defendant.

29. However, in its treatment of the plaintiff, FedEx, through its officers, agents, and supervisors, repeatedly breached the implied covenant of good faith and fair dealing, by disciplining her for allegedly disruptive behavior and allegedly excessive absences, based on false allegations; by retaliating against her for filing her complaint of discrimination; by defaming the plaintiff; and by subjecting the plaintiff to economic harm and hardship; and by compelling plaintiff to resign her employment.

WHEREFORE, plaintiff prays for the recovery of money, in an amount to be proved at trial, so as to compensate plaintiff for her past, present, and future economic losses resulting from the defendant's discriminatory and retaliatory conduct; for damages to her personal, professional and occupational reputation; for defendant's intentional and negligent infliction of emotional

distress; and for such other damages and harm which the court or jury may find

such other damages and harms which the court or jury may find just, proper,

and compensable.

DATED AT Anchorage, Alaska, this 24 day of February, 2021.

                                       */s/ Joe Josephson*
Joe P. Josephson
Attorney for Plaintiff
Josephson Law Offices
912 West Sixth Avenue
Anchorage, Alaska 99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
Alaska Bar number 6102018
joejlaw@gmail.com

JOSEPHSON LAW OFFICES, LLC.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)   (907) 276-0155 (Fax)

ELZBIETA ASHLEY, )
)
    Plaintiff, )
)
v. )
) Case No. 3AN-20-09639 CI
FEDERAL EXPRESS CORPORATION, )
)
    Defendant. )

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of February, 2021, I caused a true and correct copy of the following documents:

1. Appearance of Counsel;
2. First Amended Complaint; and this
3. Certificate of Service.

To be served via Certified Return Receipt Restricted Delivery to the following recipients:

C T Corporation System
9360 Glacier Hwy, Ste 202
Juneau, AK 99801

DATED at Anchorage, Alaska, this 26th day of February, 2021

_____
Evon O'Connor, Legal Assistant for
Josephson Law Offices, LLC

JOSEPHSON LAW OFFICES, LLC
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel) (907) 276-0155 (Fax)

Burton v. Burton; 3AN-19-05370 CI
Certificate of Service
Page 1 of 1

Exhibit A, Page 9 of 10

Case 3:21-cv-00068-SLG   Document 1-1   Filed 03/24/21   Page 9 of 10

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

ELZBIETA ASHLEY, )
)
    Plaintiff, )
v. )
)
FEDERAL EXPRESS CORPORATION. )
)
    Defendant. )  Case No. 3AN-20-09639 CIV
_____)

## APPEARANCE OF COUNSEL

I, Joe P. Josephson, Alaska Bar number 6102018, hereby make and enter this APPEARANCE as counsel of record for the plaintiff, ELZBIETA ASHLEY. Any notices, documents, pleadings or papers intended for the attention of either the plaintiff or me as plaintiff's lawyer herein, can and should be sent to me at:

    Josephson Law Offices, LLC,
    912 West Sixth Avenue,
    Anchorage, Alaska 99501
    Tel. (907) 276-0151
    FAX (907) 276-0155
    joejlaw@gmail.com

DATED January 9, 2021, at Anchorage, Alaska.

    _____
    Joe P. Josephson